UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 27 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. |
| MICHAEL JOSEPH CLARK, ) | 4:16CR324 JAR/SPM |
| Defendant ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 26, 2016, in St. Louis County within the Eastern District of Missouri,

**MICHAEL JOSEPH CLARK,**

the Defendant herein, having been convicted previously in a Court of Law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ANTOINETTE DECKER #76352CA
Assistant United States Attorney